AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Western District of Texas__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:21-cv-92 | DATE FILED<br>1/29/2021 | U.S. DISTRICT COURT<br>for the Western District of Texas |
|---|---|---|
| PLAINTIFF<br>OPTIC153 LLC | | DEFENDANT<br>T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE WEST, LLC, T-MOBILE WEST TOWER LLC and METROPCS TEXAS, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See attachment | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

**AO120 Attachment**

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 6,115,174A | 9/5/2000 | OPTIC 153 LLC |
| 6,236,487 B1 | 5/22/2001 | OPTIC 153 LLC |
| 6,344,922 B1 | 2/5/2002 | OPTIC 153 LLC |
| 6,356,383 B1 | 3/12/2002 | OPTIC 153 LLC |
| 6,587,261 B1 | 7/1/2003 | OPTIC 153 LLC |
| 6,771,413 B2 | 8/3/2004 | OPTIC 153 LLC |