AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**OPTIC153 LLC,**
*Plaintiff*

V.                                           Civil Action No. **6:21−CV−00092**

**T−MOBILE US, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **T−Mobile US, Inc.
c/o its Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE, 19808**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

   **Alex Chan
Devlin Law Firm
1526 Gilpin Avenue
Wilmington, DE 19806**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AKEITA MICHAEL**
DEPUTY CLERK

**ISSUED ON 2021−01−29 15:52:09**

Civil Action No. 6:21–CV–00092

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for *(name of individual and title, if any)*_____
was received by me on *(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)*_____, who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
     _____
     _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                             _____
                                                                  *Server's signature*

                                                                  _____
                                                                   *Printed name and title*

                                                                  _____
                                                                      *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____